**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG**

OSCAR AARON WATKINS,

      Petitioner,

v.                               Civ. Action No. 1:21-CV-36
                               Crim. Action No. 1:18-CR-54-2
                                      (Kleeh)

UNITED STATES OF AMERICA,

      Respondent.

**ORDER ADOPTING REPORT AND RECOMMENDATION [ECF NO. 233]**

On March 15, 2020, the pro se Petitioner, Oscar Aaron Watkins ("Petitioner"), filed *Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody* (the "Motion"). [ECF Nos. 219, 223].[1]

**I. REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636 and the local rules, the Court referred the action to United States Magistrate Judge Michael J. Aloi for initial review. On June 13, 2022, the Magistrate Judge filed a Report and Recommendation ("R&R") [ECF No. 233], recommending that the Court deny the Motion and dismiss the case with prejudice. Id.

The R&R also informed the parties regarding their right to

---

[1] Unless otherwise noted, all docket numbers refer to Criminal Action No. 1:18CR54-2.

Oscar Watkins                                            1:18cr54-2

ORDER ADOPTING REPORT AND RECOMMENDATION [ECF NO. 233]

file specific written objections to the magistrate judge's report and recommendation. Under Local Rule 12 of the Local Rules of Prisoner Litigation Procedure of the Northern District of West Virginia, "[a]ny party may object to a magistrate judge's recommended disposition by filing and serving written objections within fourteen (14) calendar days after being served with a copy of the magistrate judge's recommended disposition." LR PL P 12. Therefore, parties had fourteen (14) calendar days from the date of service of the R&R to file "specific written objections, identifying the portions of the Report and Recommendation to which objection is made, and the basis of such objection." The R&R further warned them that the "[f]ailure to file written objections . . . shall constitute a waiver of de novo review by the District Court and a waiver of appellate review by the Circuit Court of Appeals." The docket reflects that Petitioner accepted service of the R&R on June 17, 2022. [ECF No. 234]. Petitioner filed no objections.

When reviewing a magistrate judge's R&R, the Court must review de novo only the portions to which an objection has been timely made. 28 U.S.C. § 636(b)(1)(C). Otherwise, "the Court may adopt, without explanation, any of the magistrate judge's recommendations" to which there are no objections. Dellarcirprete v. Gutierrez, 479 F. Supp. 2d 600, 603-04 (N.D.W. Va. 2007) (citing

Oscar Watkins                                                    1:18cr54-2

## ORDER ADOPTING REPORT AND RECOMMENDATION [ECF NO. 233]

<u>Camby v. Davis</u>, 718 F.2d 198, 199 (4th Cir. 1983)). Courts will uphold portions of a recommendation to which no objection has been made unless they are clearly erroneous. <u>See</u> <u>Diamond v. Colonial Life & Accident Ins. Co.</u>, 416 F.3d 310, 315 (4th Cir. 2005).

### II.  DECISION

Accordingly, the Court reviewed the R&R for clear error. Upon careful review, and finding no clear error, the Court **ADOPTS** the R&R [ECF No. 233]. The *Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody* is **DENIED and DISMISSED WITH PREJUDICE** [ECF Nos. 219, 223].

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record via electronic means and to the <u>pro</u> <u>se</u> Petitioner via certified mail, return receipt requested.

**DATED:** July 14, 2022

THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA